

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00556-CV

**ESTATE OF ADAN J. DOMINGUEZ, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015PC2096
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

The County Clerk's Notification of Late Record is hereby NOTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court

